UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

IN RE:

**GREGORY STALLINGS**,                                             CHAPTER **13**
                                                                  CASE NO.: **04-27066-jdl**
Debtor.
_____

APPLICATION FOR ORDER DIRECTING PAYMENT
OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT
_____

**Gregory Stallings** (the "Claimant"), a claimant in the captioned case respectfully requests as follows:

1. Claimant was a Creditor of the Debtor and was due to receive and the Trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately, **$10,420.00**. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and Chapter 129 of Title 28, United States Code, the Claimant requests that the Court issue an Order Directing Payment to the Claimant and that payment be made in care of the party set forth below.

3. A copy of the Limited Power of Attorney signed by the Claimant is available for inspection at the Law Office of Joseph A. Livesay, Sr.

**WHEREFORE**, Claimant requests that the Court issue an Order Directing Payment of all funds held by the Court in this case and for such further and other relief as is just and appropriate.

**Gregory Stallings**

By:   /s/ Joseph A. Livesay, Sr.
      Joseph A. Livesay, Sr.                    #7889
      Attorney for Claimant
      239 Adams Avenue
      Memphis, TN  38103
      (901) 525-0257
      Greg Griffith/Attorney for Gregory Stallings

N RE:
GREGORY STALLINGS
CHAPTER 13, CASE NO.:  04-27066-jdl
APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS . . . . .
PAGE 2

## CERTIFICATE OF SERVICE

The undersigned individual hereby certifies that he, on the 10th day of August, 2007, sent via first class, U.S. Mail, postage prepaid, E-mail or facsimile to the parties listed below, a true and correct copy of the attached Application for Order Directing Payment of Funds to Creditor/Claimant.

/s/  Joseph A. Livesay, Sr.

George W. Stevenson, Chapter 13 Trustee
U.S. Attorney
Carolyne Avery

American Property Locators, Inc.
Attn:  Greg Griffith
3855 South Boulevard, Suite 200
Edmond, OK  73013